674 A.2d 673

**Mary Jo LABAR, Petitioner,**

v.

**Thomas S. LABAR.**

Supreme Court of Pennsylvania.

April 16, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of April, 1996, the Petition for Allowance of Appeal is GRANTED as to the following issues:

1) whether the Superior Court exceeded the permissible standard of review applicable to an appeal from an order of support; and

2) whether the Superior Court applied the correct standard to determine whether depreciation expenses were properly included in the respondent's income available for child and spousal support.